WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

BOOKWALTER, J.

(No. 5569—

SINCLAIR REFINING COMPANY, Claimant, *vs.* STATE OF ILLINOIS, Department of Conservation, Respondent.

*Opinion filed November 11, 1969.*

SINCLAIR REFINING COMPANY, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

DOVE, J.

(No. 5626—

WENDELL NIEPAGEN, d/b/a WENDELL NIEPAGEN GREENHOUSE, Claimant, *vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed November 11, 1969.*

COSTIGAN AND WOLLRAB, Attorneys for Claimant.

WILLIAM J. SCOTT, Attorney General; LEE D. MARTIN, Assistant Attorney General, for Respondent.

BOOKWALTER, J.

Claimant, Wendell Niepagen, seeks recovery in the amount of $634.44, this being the amount of credit extend-